Form nhrg

# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

---

In Re:  Barry Winford Farms, a partnership
        Debtor

Case No.: 3:16–bk–12448
Chapter: 12
Judge: Phyllis M. Jones

PLEASE TAKE NOTICE that a Hearing has been scheduled before Judge Phyllis M. Jones at

Federal Building, 615 S. Main Street, Jonesboro, AR 72401

on 9/7/17 at 10:00 AM

to consider and act upon the following:

*123* – Objection to Confirmation of Plan Filed by Renee Williams on behalf of Trustee Renee Williams (Williams, Renee)

Attorneys are directed to contact the Courtroom Deputy as soon as possible prior to hearing if this matter will require more than 15 minutes to be heard.

HEARINGS INVOLVING A REQUEST TO MODIFY THE STAY:
For compelling reasons, the Court hereby orders that the automatic stay shall remain in effect pending the outcome of the above–scheduled hearing, in accordance with 11 U.S.C. §362(e).

If you will be presenting evidence, the courtrooms are equipped with evidence presentation equipment. This equipment supports the viewing evidence via document camera. Please contact the Courtroom Deputy, at 501–918–5642, if you would like to schedule a short training session before court.

If you will be introducing exhibits, please bring a copy for the staff attorney.

PLEASE NOTE THAT CELL PHONES WITH A CAMERA ARE NOT PERMITTED IN THE COURTHOUSE WITHOUT A COURTHOUSE TECHNOLOGY PERMIT.

Dated: 7/25/17

Jean Rolfs, Clerk
By:
Annette Robinson
Deputy Clerk